UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 21-7583-MWF(PLAx)**                                    Dated: **June 1, 2022**

Title:   Digital Frontier FX Inc. -*v*- Saban Films LLC

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                              Not Present

**PROCEEDINGS (IN CHAMBERS):       COURT ORDER**

In light of the Notice of Settlement [40] filed May 26, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for August 15, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines remain in effect.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs